P.O. Box 23159
San Diego, CA 92193-3159



IMPORTANT INFORMATION
ENCLOSED

(11) 969 0024 8999 8521 0

**Mailed On:** 5/19/2025    **Order Number:** 0000975-01
**ClientID:** DGandL000909 FC    **Reference Number:**    56896

Ronald A. Benedict
70 Sandy Point Road
Vassalboro, MA 04989



GenericAddressInsert.doc    Rev. 12/19/2018



100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

May 19, 2025

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Ronald A. Benedict
70 Sandy Point Road
Vassalboro, ME 04989

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:   Property Address:        70 Sandy Point Road, Vassalboro, ME 04989
        Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 and the Owner/Investor, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA) its successors and assigns (if MERs) dated November 9, 2007 and recorded in the Kennebec County Registry of Deeds in Book 9565, Page 0020. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:



| Payment Date | Principal & Interest | Taxes | Insurance | Lien | Over Short Escrow | Total Payment Amount |
|---|---|---|---|---|---|---|
| December 1, 2020 | $80.70 | $146.76 | $99.17 | $.01 | - | $326.64 |
| January 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| February 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| March 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| April 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| May 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| June 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| July 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| August 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| September 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| October 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| November 1, 2021 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| December 1, 2021 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| January 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| February 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| March 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| April 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| May 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| June 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| July 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| August 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| September 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| October 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| November 1, 2022 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| December 1, 2022 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| January 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| February 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| March 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| April 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| May 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| June 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| July 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| August 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| September 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| October 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| November 1, | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |

| 2023 | | | | | | |
|---|---|---|---|---|---|---|
| December 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| January 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| February 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| March 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| April 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| May 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| June 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| July 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| August 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| September 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| October 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| November 1, 2024 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| December 1, 2024 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| January 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| February 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| March 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| April 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| May 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| | | | | | | |
| | | | | | | |

| | **Loan Level Advances** | |
|---|---|---|
| Date | Description | Amount |
| September 27, 2021 | Property Inspection | $18.00 |
| November 1, 2021 | Property Inspection | $18.00 |
| December 6, 2021 | Property Inspection | $18.00 |
| December 15, 2021 | Property Valuation | $140.00 |
| January 12, 2022 | Property Inspection | $18.00 |
| February 24, 2022 | Property Inspection | $19.99 |
| June 21, 2022 | Property Inspection | $19.99 |
| July 21, 2022 | Property Valuation | $150.00 |
| August 1, 2022 | Property Inspection | $19.99 |
| September 12, 2022 | Property Inspection | $19.99 |
| October 20, 2022 | Property Inspection | $19.99 |
| November 22, 2022 | Property Inspection | $19.99 |
| January 5, 2023 | Property Inspection | $19.99 |
| January 31, 2023 | Property Valuation | $140.00 |
| March 7, 2023 | Property Inspection | $19.99 |
| April 27, 2023 | Property Inspection | $19.99 |
| June 14, 2023 | Property Inspection | $19.99 |
| August 15, 2023 | Property Valuation | $140.00 |



| August 25, 2023 | Property Inspection | $19.99 |
| September 28, 2023 | Property Inspection | $19.99 |
| December 7, 2023 | Property Inspection | $30.00 |
| January 10, 2024 | Property Inspection | $30.00 |
| February 27, 2024 | Property Valuation | $150.00 |
| March 14, 2024 | Property Inspection | $30.00 |
| May 23, 2024 | Property Inspection | $30.00 |
| July 1, 2024 | Property Inspection | $30.00 |
| August 12, 2024 | Property Inspection | $30.00 |
| September 6, 2024 | Property Valuation | $180.00 |
| September 13, 2024 | Property Inspection | $30.00 |
| October 21, 2024 | Property Inspection | $30.00 |
| November 22, 2024 | Property Inspection | $30.00 |
| December 26, 2024 | Property Inspection | $30.00 |
| January 30, 2025 | Property Inspection | $30.00 |
| March 27, 2025 | Property Valuation | $150.00 |
| April 14, 2025 | Property Inspection | $30.00 |

| **TOTAL AMOUNT DUE** | **$20,145.32** |

A portion of the amount due is reasonable interest in the amount of $4,917.09.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$20,145.32** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security

Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a



bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1

by its attorney


/s/Reneau J. Longoria
Reneau J. Longoria, Esq.

MNK
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56896

**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |



| Penquis, Inc | Phone: 207-973-3500<br>Web: **www.penquis.org** | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: **www.community-concepts.org** | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

P.O. Box 23159
San Diego, CA 92193-3159



RETURN RECEIPT
REQUESTED

71 96900 2484 0953 7992 4

**Mailed On:** 5/19/2025          **Order Number:** 0000975-01
**ClientID:** DGandL000909 CR    **Reference Number:**    56896

Ronald A. Benedict
70 Sandy Point Road
Vassalboro, MA 04989

GenericAddressInsert.doc                                        Rev. 12/19/2018



**Doonan, Graves & Longoria LLC**
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

May 19, 2025

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Ronald A. Benedict
70 Sandy Point Road
Vassalboro, ME 04989

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:    Property Address:        70 Sandy Point Road, Vassalboro, ME 04989
       Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 and the Owner/Investor, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for HSBC Mortgage Corporation (USA) its successors and assigns (if MERs) dated November 9, 2007 and recorded in the Kennebec County Registry of Deeds in Book 9565, Page 0020. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:



| Payment Date | Principal & Interest | Taxes | Insurance | Lien | Over Short Escrow | Total Payment Amount |
|---|---|---|---|---|---|---|
| December 1, 2020 | $80.70 | $146.76 | $99.17 | $.01 | - | $326.64 |
| January 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| February 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| March 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| April 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| May 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| June 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| July 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| August 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| September 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| October 1, 2021 | $80.70 | $112.57 | $99.17 | - | - | $292.44 |
| November 1, 2021 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| December 1, 2021 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| January 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| February 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| March 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| April 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| May 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| June 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| July 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| August 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| September 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| October 1, 2022 | $80.70 | $112.42 | $100.25 | - | $10.06 | $303.43 |
| November 1, 2022 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| December 1, 2022 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| January 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| February 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| March 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| April 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| May 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| June 1, 2023 | $80.70 | $113.10 | $105.50 | - | $12.04 | $311.34 |
| July 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| August 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| September 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| October 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| November 1, | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |

| 2023 | | | | | | |
|---|---|---|---|---|---|---|
| December 1, 2023 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| January 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| February 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| March 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| April 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| May 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| June 1, 2024 | $80.70 | $112.86 | $105.50 | - | $40.12 | $339.18 |
| July 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| August 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| September 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| October 1, 2024 | $80.70 | $112.86 | $105.50 | - | - | $299.06 |
| November 1, 2024 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| December 1, 2024 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| January 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| February 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| March 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| April 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| May 1, 2025 | $320.80 | $112.86 | $105.50 | - | - | $539.16 |
| | | | | | | |
| | | | | | | |

| | Loan Level Advances | |
|---|---|---|
| Date | Description | Amount |
| September 27, 2021 | Property Inspection | $18.00 |
| November 1, 2021 | Property Inspection | $18.00 |
| December 6, 2021 | Property Inspection | $18.00 |
| December 15, 2021 | Property Valuation | $140.00 |
| January 12, 2022 | Property Inspection | $18.00 |
| February 24, 2022 | Property Inspection | $19.99 |
| June 21, 2022 | Property Inspection | $19.99 |
| July 21, 2022 | Property Valuation | $150.00 |
| August 1, 2022 | Property Inspection | $19.99 |
| September 12, 2022 | Property Inspection | $19.99 |
| October 20, 2022 | Property Inspection | $19.99 |
| November 22, 2022 | Property Inspection | $19.99 |
| January 5, 2023 | Property Inspection | $19.99 |
| January 31, 2023 | Property Valuation | $140.00 |
| March 7, 2023 | Property Inspection | $19.99 |
| April 27, 2023 | Property Inspection | $19.99 |
| June 14, 2023 | Property Inspection | $19.99 |
| August 15, 2023 | Property Valuation | $140.00 |



| August 25, 2023 | Property Inspection | $19.99 |
| September 28, 2023 | Property Inspection | $19.99 |
| December 7, 2023 | Property Inspection | $30.00 |
| January 10, 2024 | Property Inspection | $30.00 |
| February 27, 2024 | Property Valuation | $150.00 |
| March 14, 2024 | Property Inspection | $30.00 |
| May 23, 2024 | Property Inspection | $30.00 |
| July 1, 2024 | Property Inspection | $30.00 |
| August 12, 2024 | Property Inspection | $30.00 |
| September 6, 2024 | Property Valuation | $180.00 |
| September 13, 2024 | Property Inspection | $30.00 |
| October 21, 2024 | Property Inspection | $30.00 |
| November 22, 2024 | Property Inspection | $30.00 |
| December 26, 2024 | Property Inspection | $30.00 |
| January 30, 2025 | Property Inspection | $30.00 |
| March 27, 2025 | Property Valuation | $150.00 |
| April 14, 2025 | Property Inspection | $30.00 |

| **TOTAL AMOUNT DUE** | **$20,145.32** |
| --- | --- |

A portion of the amount due is reasonable interest in the amount of $4,917.09.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$20,145.32** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security

Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a



bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1

by its attorney


/s/Reneau J. Longoria
Reneau J. Longoria, Esq.

MNK
cc:  Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

56896

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | - English |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |



| | | | |
|---|---|---|---|
| Penquis, Inc | **Phone:** 207-973-3500<br>**Web: www.penquis.org** | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community<br>Concepts, Inc. | **Phone:** 207-743-7716<br>**Web: www.community-concepts.org** | 240 Bates Street<br>Lewiston, Maine 04240 | - English |
| Avesta Housing<br>Development<br>Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South<br>Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South<br>Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley<br>Community<br>Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, May 19, 2025 2:32 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC Owner of the mortgage:U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2021-GS1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mnk@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Attn: PAYOFF DEPARTMENT

PO BOX 65450

Salt Lake City, UT 84165

Overnight Address:

3217 S. Decker Lake Dr.

Salt Lake City, UT 84119


-----

Consumer Information

-----

Consumer First name:Ronald

Consumer Middle Initial/Middle Name: A.

Consumer Last name:Benedict

Consumer Suffix:

Property Address line 1:70 Sandy Point Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Vassalboro

Property Address State:

Property Address zip code:04989

Property Address County:Kennebec


-----

Notification Details

-----

Date notice was mailed:5/19/2025

Amount needed to cure default:20,145.32

Consumer Address line 1:70 Sandy Point Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Vassalboro

1

Consumer Address State:MA

Consumer Address zip code:04989

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# iMAILTRACKING
## MAIL THAT MATTERS

**9620 Ridgehaven Ct Suite A**
**San Diego CA 92123**
**858-375-5875**

## INVOICE

**Report for:** DGandL000909
**Run Date:** 5/19/2025
**Ref. No.:** 56896
**Mail Date:** 5/19/2025

| Mail Type | Order Number | Recipients | Mail Class | Total |
|---|---|---|---|---|
| ME Demand | 0000975-01 | 1 | First Class - FC | $1.62 |
| ME Demand | 0000975-01 | 1 | Certified RR - CR | $9.92 |
| | | | Grand Total: | $11.54 |

| Recipient Name | Recipient Address | Mail Class | Total |
|---|---|---|---|
| Ronald A. Benedict | 70 Sandy Point Road Vassalboro, MA 04989 | FC | $1.62 |
| | | CR | $9.92 |